UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ETELVERTO BUSTAMANTE,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-30027<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**FINAL ORDER GRANTING MOTION OF URBAN PARTNERSHIP BANK
TO PROHIBIT USE OF CASH COLLATERAL
AND FOR RELIEF FROM THE AUTOMATIC STAY**

This matter was heard on the "Motion Of Urban Partnership Bank To Prohibit Use Of Cash Collateral And For Relief From The Automatic Stay" (the "Motion"), due notice of the Motion having been sent to parties in interest entitled thereto, and the Court, having considered the record in this case, the pleadings on file and the statements of counsel for the parties in support of their respective positions, and having afforded the Debtor, Etelverto Bustamante, an opportunity for hearing on the Motion as was appropriate under the circumstances, and being advised in the premises:

IT IS ORDERED:

1. The Motion is GRANTED.

2. The terms of the "Interim Order Granting Motion of Urban Partnership Bank To Prohibit Use of Cash Collateral And Scheduling Order On Request For Relief From The Automatic Stay" entered by this Court on September 15, 2015 (Doc. 25) which, in Part A of the decree, address the Debtor's use of cash collateral, are now made final.

3. With the consent of the movant, the Motion is set for further hearing on _Nov  17_, 2015 at _11:00_ a.m., for a status hearing on:

   a. The Debtor's compliance with those provisions of the Order which require him to turnover cash collateral to the Urban Partnership Bank (the "Bank"); and

   b. The Bank's request for relief from the automatic stay, as set forth in the Motion.

Enter:

_/s/ Bruce W. Black_
United States Bankruptcy Judge

Dated: **10 NOV 2015**

**Prepared by:**
Andrew H. Eres (ARDC # 6237032)
Bruce Dopke, of counsel (ARDC # 3127052)
Stahl Cowen Crowley Addis, LLC
55 W. Monroe Street, Suite 1200

Rev: 20130104_bko

Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8189